1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HEIDI MALLOQUE and FELECIA RACHNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MULTICARE HEALTH SYSTEM,<br><br>    Defendant. | No.<br><br><br>NOTICE OF REMOVAL |

TO:    HEIDI MALLOQUE and FELECIA RACHNER, Plaintiffs

AND TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
     WESTERN DISTRICT OF WASHINGTON

    Defendant MultiCare Health System hereby provides notice of the removal of the above-entitled action from the Superior Court of the State of Washington for Pierce County to the United States District Court for the Western District of Washington at Tacoma pursuant to 28 U.S.C. §§ 1331 and 1441.  The grounds for removal are as follows:

    1.   On or about May 27, 2010, Defendant was served with the Summons and Complaint for this action, which had not yet been filed by Plaintiffs.  The Summons and Complaint were filed in the Superior Court of Washington for Pierce County on June 11, 2010.

NOTICE OF REMOVAL - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    True and correct copies of the Summons and Complaint are attached to the Declaration of Skylee

2    J. Robinson ("Robinson Decl.") in Support of Defendant's Notice of Removal as Exhibits

3    ("Exhs.") A and B, respectively.  The only other pleading filed in the Pierce County Superior

4    Court in this case is the Notice of Withdrawal and Substitution of Counsel, Exh. C to the

5    Robinson Decl.

6        2.    At all material times, "the terms and conditions of employment between

7    MultiCare and the Plaintiffs…were and are governed by a Collective Bargaining Agreement

8    negotiated between MultiCare and the Washington State Nurses Association, as the official

9    bargaining representative of the Plaintiffs."  Exh. B at 3, ¶ 3.2.

10       3.    Among others, Plaintiffs assert a claim that Defendant "has breached the express

11   provisions of its [C]ollective Bargaining Agreement."  Exh. B at 8, ¶ 5.4.

12       4.    Under 28 U.S.C. § 1441(a), a defendant may remove to federal court a civil action

13   "brought in a State court of which the district courts of the United States have original

14   jurisdiction."  Federal jurisdiction exists when a federal question is presented on the face of the

15   plaintiff's properly pleaded complaint.  *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

16   When a plaintiff chooses to plead what "must be regarded as a federal claim," then "removal is at

17   the defendant's option."  *Sparta Surgical Corp. v. Nat'l Ass'n of Sec. Dealers, Inc.*, 159 F.3d

18   1209, 1213 (9th Cir. 1998) (*quoting Caterpillar, Inc.*, 482 U.S. at 394).

19       5.    Section 301(a) of the Labor Management Relations Act ("LMRA") provides

20   federal jurisdiction over "[s]uits for violation of contracts between an employer and a labor

21   organization."  29 U.S.C. § 185(a).  A suit for breach of a collective bargaining agreement is

22   governed exclusively by federal law under Section 301.  *Young v. Anthony's Fish Grottos, Inc.*,

23   830 F.2d 993, 997 (9th Cir. 1987) (*citing Franchise Tax Bd. of State of California v. Const.*

24   *Laborers Vacation Trust for Southern California*, 463 U.S. 1, 23 (1983)).  The LMRA "governs

25   claims founded directly on rights created by collective-bargaining agreements, and also claims

26   substantially dependent on analysis of a collective bargaining agreement."  *Caterpillar, Inc.*, 482

NOTICE OF REMOVAL - 2

1    U.S. at 394 (internal quotations omitted); *Young*, 830 F.2d at 997 ("The preemptive force of

2    section 301 is so powerful as to displace entirely any state claim based on a collective bargaining

3    agreement [citation omitted] and any state claim whose outcome depends on analysis of the

4    terms of the agreement").

5         6.    Plaintiffs' complaint directly asserts a claim for breach of the Collective

6    Bargaining Agreement and is therefore preempted by Section 301(a) of the LMRA.

7    Additionally, any inquiry into the "breach of contract" claim would require an interpretation of

8    the Collective Bargaining Agreement, a role reserved for federal courts under Section 301.

9         7.    Accordingly, removal of this case is proper under 28 U.S.C. § 1331 because it is a

10   civil action arising under the laws of the United States.  Removal of the pendent state law claims

11   is proper under 28 U.S.C. § 1441(c).

12        8.    The Western District of Washington is the judicial district embracing the place

13   where this action is pending.  *See* 28 U.S.C. § 128(b).

14        9.    In accordance with 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 81(c), this Notice of

15   Removal is filed within thirty (30) days of Defendant's receipt of Plaintiffs' initial pleading.  The

16   state court in which this action commenced is within this Court's district and division.

17   Therefore, this action is properly removable under 28 U.S.C. §§ 1441 and 1446.

18        10.   In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal will be

19   served on the Plaintiff and filed with the Clerk of the Superior Court for the State of Washington

20   for Pierce County.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

NOTICE OF REMOVAL - 3

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1    DATED:  June 23, 2010 at Seattle, Washington.

2                                    STOEL RIVES LLP

3                                    *s/ Skylee J. Robinson*

4                                    Timothy J. O'Connell, WSBA No. 15372
                                     Elena C. Burt, WSBA No. 38836
5                                    Skylee J. Robinson, WSBA No. 42419
                                     600 University Street, Suite 3600
6                                    Seattle, WA  98101
                                     Telephone: (206) 624-0900
7                                    Facsimile: (206) 386-7500
                                     Email: tjoconnell@stoel.com
8                                    Email: ecburt@stoel.com
9                                    Email: sjrobinson@stoel.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL - 4

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    **CERTIFICATE OF SERVICE**

2    I hereby certify that on June 23, 2010, I electronically filed the foregoing with the Clerk

3    of the Court, and that copies of same were sent to the following attorneys of record by the

4    method indicated below:

5                            Steven M. Hansen
                            LOWENBERG, LOPEZ & HANSEN, P.S.
6                            Suite 450 Rust Building
7                            960 Pacific Avenue
                            Tacoma, WA  98402-4441
8                            Telephone: (253) 383-1984
                            Facsimile: (253) 383-1808
9                            *Attorneys for Plaintiff*
                            ***Via Facsimile and Hand Delivery***
10

11   DATED:  June 23, 2010 at Seattle, Washington.
12
                            STOEL RIVES LLP
13
                            *s/ Skylee J. Robinson*
14                           Timothy J. O'Connell, WSBA No. 15372
15                           Elena C. Burt, WSBA No. 38836
                            Skylee J. Robinson, WSBA No. 42419
16                           600 University Street, Suite 3600
                            Seattle, WA  98101
17                           Telephone: (206) 624-0900
                            Facsimile: (206) 386-7500
18                           Email: tjoconnell@stoel.com
19                           Email: ecburt@stoel.com
                            Email: sjrobinson@stoel.com
20

21

22

23

24

25

26

NOTICE OF REMOVAL - 5

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*