THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEIDI MALLOQUE and FELECIA RACHNER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MULTICARE HEALTH SYSTEM,<br><br>                    Defendant. | No. CV 10-05437-RJB<br><br>ORDER DISMISSING PLAINTIFFS' CONTRACT-BASED CLAIMS WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: Monday, August 23, 2010 |

        BASED on the Stipulation of the parties, the Court hereby DISMISSES WITH

PREJUDICE all contract-based claims asserted in the Class Action Complaint for Damages,

Injunctive Relief, and Declaratory Relief, or an amendment thereto.

        DATED:  August 24th, 2010.

                                                    _____
                                                    ROBERT J. BRYAN
                                                    United States District Judge

ORDER DISMISSING PLAINTIFFS' CONTRACT-BASED CLAIMS WITH PREJUDICE- 1
(Cause No. CV-10-05437-RJB)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900